AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Maine

**APPEARANCE**

Case Number: 2:05-CV-28

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Darden Restaurants, Inc. as co-counsel with Frederick C. Moore.

I certify that I am admitted to practice in this court.

| February 24, 2005 | /s/ Robert C. LeBrasseur |
|---|---|
| Date | Signature |
| | Robert C. LeBrasseur         Maine State Bar # 8553 |
| | Print Name                                Bar Number |
| | Law Offices of Frederick C. Moore, 511 Congress St. 4th Floor |
| | Address |
| | Portland, Maine 04101 |
| | City             State             Zip Code |
| | (207) 772-4980              (207) 772-6276 |
| | Phone Number                       Fax Number |